■ In the Matter of ANTONIO ORTIZ, Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed *(see, Matter of Gross v Henderson,* 79 AD2d 1086). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present —Doerr, J. P., Denman, Balio, Lawton and Davis, JJ.